# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**SHAWN M. SINGLETON**                                          **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 4:06CV29-TSL-LRA**

**TODD KEMP, MARY MCLENDON**
**and CLARKE COUNTY JAIL**                                     **DEFENDANTS**

## ORDER

This cause is before the Court upon the Report and Recommendation entered by Magistrate Judge Linda Randle Anderson on February 27, 2007, docket entry number 35. Judge Anderson recommended that the case be dismissed due to the Plaintiff's failure to appear for the omnibus hearing scheduled before her on February 26, 2007. Recent entries on the docket of this case indicate that the Plaintiff is incarcerated and that no writ was issued for him to be transported to the Court. Accordingly, the Report and Recommendation shall not be adopted, and this case shall proceed until further disposition by Judge Anderson.

The Plaintiff's last known address on the docket is for the Jasper County Jail, Post Office Box 464, Bay Springs, Mississippi, 39422. He is still incarcerated there, according to his recent correspondence. If he is transported to another facility or released, the Plaintiff should immediately provide the Clerk of the Court with his new address.

SO ORDERED, this the 14th day of March, 2007.

                                                       /S/ TOM S. LEE
                                                       UNITED STATES DISTRICT JUDGE